**2006–0457.  State v. Brown.**
Licking App. No. 2005CA00006, 2005-Ohio-3824. On motion for leave to file delayed appeal. Motion denied.

**2006–0476.  Hutchins v. FedEx Ground Package Sys., Inc.**
Summit App. No. 22852, 2006-Ohio-253. On motion for stay of court of appeals' judgment. Motion denied.
 RESNICK, J., dissents.

**2006–0480.  State v. Cummings.**
Stark App. No. 2005CA00297. On motion for leave to file delayed appeal. Motion denied.
 PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2006–0488.  State v. Corrado.**
Ashtabula App. No. 2004–A–0067, 2005-Ohio-6160. On motion for leave to file delayed appeal. Motion denied.
 PFEIFER, J., dissents.

**2006–0495.  State v. Tomlinson.**
Franklin App. No. 05AP–1291. On motion for leave to file delayed appeal. Motion granted.
 MOYER, C.J., RESNICK and LANZINGER, JJ., dissent.

**2006–0517.  State v. Richard.**
Cuyahoga App. No. 85918, 2005-Ohio-6969. On motion for leave to file delayed appeal. Motion granted.
 O'CONNOR, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0528.  State v. Gray.**
Greene App. No. 04CA129, 2006-Ohio-40. On motion for leave to file delayed appeal. Motion granted.
 RESNICK, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0530.  State v. Brown.**
Butler App. No. CA2005–10–456. On motion for leave to file delayed appeal. Motion denied.
 O'CONNOR and O'DONNELL, JJ., dissent.

**2006–0533.  State v. Armstrong.**
Montgomery App. No. 19655, 2005-Ohio-432. On motion for leave to file delayed appeal. Motion denied.
 PFEIFER, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2006–0104.  C.R. Green, L.P. v. Mayfield Hts.**
Cuyahoga App. No. 85853, 2005-Ohio-6359. Discretionary appeal accepted on Proposition of Law Nos. I and II.
 MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., would also accept on all other Propositions of Law.
 PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0107.  Hughes v. Ohio Dept. of Commerce.**
Franklin App. No. 04AP–1386, 2005-Ohio-6368. Discretionary appeal accepted.
 LUNDBERG STRATTON, J., would accept the appeal on Proposition of Law No. I only.
 RESNICK, J., dissents.
 On motion for admission pro hac vice of Scott Mendeloff and Gabriel Aizenberg by Fordham E. Huffman. Motion granted.

**2006–0115.  Curl v. Volkswagen of Am., Inc.**
Trumbull App. No. 2004–T–0112, 2005-Ohio-6420.
 RESNICK, PFEIFER and LANZINGER, JJ., dissent.